UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION


**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**V.**                                **CRIMINAL ACTION NUMBER :3:11CR-58-JGH**

**BARBARA JEAN PERKS**                                                               **DEFENDANT**


### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

     Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the defendant as to Counts 1-15 in the Indictment are hereby accepted, and the defendant is adjudged guilty of such offenses. Sentencing is hereby scheduled for **Friday, January 6, 2012 at 2:00 p.m.**, before the Honorable John G. Heyburn, II, United States District Court Judge.


Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record